IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>A Motorola phone, a BLU view 5 Pro, and two iPhones located in Osiel Pena's vehicle on November 20, 2025 | MJ-26-4-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned, together with a copy of the certified inventory of the property seized, to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 20th day of February, 2026.

_____
Honorable Kathleen L. DeSoto
United States Magistrate Judge